IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILSON MORGAN, )<br> )<br>   *Plaintiff*, )<br> )<br>v. )<br> )<br>STATE OF ALABAMA, *et al.*, )<br> )<br>   *Defendants*. ) | **CIVIL ACTION NO.:**<br>**07 cv 561-MHT** |

_____

# AMENDED
## CONFLICT DISCLOSURE STATEMENT

Defendants State Personnel Department, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant State Personnel Department is a governmental entity; and

2. Defendant Jackie Graham is an individual.

Respectfully submitted, this 8th day of August, 2007.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Alice Ann Byrne
　　　　　　　　　　　　　　　　　　　　　　ALICE ANN BYRNE, ESQ. (BYR 015)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　　State Personnel Department and
　　　　　　　　　　　　　　　　　　　　　　Jackie Graham, Director of State
　　　　　　　　　　　　　　　　　　　　　　Personnel Department

S<small>TATE</small> P<small>ERSONNEL</small> D<small>EPARTMENT</small>
L<small>EGAL</small> D<small>IVISION</small>
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
    Russell W. Adams, Esq.
    Rocco Calamusa, Jr., Esq.
    W<small>IGGINS</small> C<small>HILDS</small> Q<small>UINN</small> & P<small>ANTAZIS</small>, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendants Department of Human Resources
and Dr. Page Walley, Commissioner:
    Warren B. Lightfoot, Jr., Esq.
    John B. Holmes, III, Esq.
    Abigail H. Avery, Esq.
    M<small>AYNARD</small> C<small>OOPER</small> & G<small>ALE</small>, PC
    1901 Sixth Avenue North
    2400 AmSouth/Harbert Plaza
    Birmingham, AL  35203-2618

    Sharon E. Ficquette, Esq.
    D<small>EPT. OF</small> H<small>UMAN</small> R<small>ESOURCES</small>
    Legal Office
    P. O. Box 304000
    Montgomery, AL  36130-4000

                                                   /s/  Alice Ann Byrne
                                                   Of Counsel